IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEITH LAWRENCE SOMERVILLE, ) | | |
| ID #00529020, ) | | |
| ) | | |
| Petitioner, ) | | CIVIL ACTION NO. |
| ) | | |
| VS. ) | | 3:25-CV-2573-G-BW |
| ) | | |
| DIRECTOR, TDCJ-CID, ) | | |
| ) | | |
| Respondent. ) | | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

On December 3, 2025, the United States Magistrate Judge entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("FCR") recommending denial of the petitioner's "Motion to Arrest Judgment in Accordance with Fed. R. of Civil Proc. 59(e)" received on November 13, 2025. *See* docket entry 10. After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court. For the reasons

stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the court **DENIES** the petitioner's motion (docket entry 10).

    **SO ORDERED**.

February 2, 2026.

_____
**A. JOE FISH**
**Senior United States District Judge**